Meriel L. Darzen, Oregon State Bar (OSB) No. 113645
Email:  meriel@crag.org
Ralph Bloemers, OSB No. 984172
Email:  ralph@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone:  (503) 525-2725  Fax:  (503) 296-5454
LEAD COUNSEL – *Pro Hac Vice*

*Attorneys for Plaintiffs Earth Island Institute, Greenpeace USA, and Sequoia Forestkeeper*

Daniel Galpern, OSB No. 061950
Law Offices of Daniel M. Galpern
2495 Hilyard St., Suite A
Eugene, Oregon 97405
Phone:  (541)968-7164  Fax:  (971)244-9035
Email: dan.galpern@gmail.com
*Applicant Pro HacVice*

*Attorney for Plaintiff James Hansen*

René P. Voss, California State Bar No. 255758
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027  Fax:  (267) 316-3414
Email:  renepvoss@gmail.com
LOCAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**KIMBERLY NASH**, et al.**,**<br><br>Defendants. | No.:  3:19-cv-05792-LB<br><br>**DECLARATION OF<br>HOWARD "TRIP" JENNINGS** |

I, Howard Jennings, pursuant to the provisions of 28 U.S.C. § 1746, do hereby declare as follows:

1. My name is Howard ("Trip") Jennings. I am over 21 years of age.

2. I live in Portland, Oregon. I am a National Geographic Explorer and a professional filmmaker and photographer with Balance Media.

3. I have visited the areas burned by the Rim Fire on public lands managed by the United States Forest Service in Tuolumne County on a number of occasions.

4. I visited these lands on in July and September 2018 and again in May 2019 and I have attached photographs I have taken of the area as Exhibit 1. During May of 2019 I was hired by National Geographic to film a television segment in the Rim Fire area including areas managed by the United States Forest Service. While filming, I experienced the spectacular conifer regeneration and wildlife species that use the burned forest. Some of the photos included in this declaration were captured before or after filming sessions.

6. I captured Image 1 on May 14, 2019 within the perimeter of the Rim Fire. The image shows the conifer regeneration in an area that maps provided to me by Dr. Chad Hanson were identified as areas proposed to be logged.

7. I captured Images 2 and 3 on May 17, 2019 within the perimeter of the Rim Fire. The images show woodpeckers feeding on the burned trees (snags).

8. I captured Image 4 through 8 on May 23, 2019 within the perimeter of the Rim Fire. The images show woodpeckers feeding on the burned trees (snags).

9. I captured Image 9 on May 25, 2019 within the perimeter of the Rim Fire.

10. I captured Image 10 on May 18, 2019 within the perimeter of the Rim Fire. The image shows a Redtail Hawk and its young.

11. I captured Image 11 on July 18, 2018 within the perimeter of the Rim Fire. The image shows a Northern Goshawk and its young.

12. I captured Image 12 and 13 on July 7, 2018 within the perimeter of the Rim Fire. Image 12 shows Northern Goshawk fledglings. Image 13 shows a Great Grey Owl.

13. I captured Images 14, 15 and 16 on September 17, 2018 within the perimeter of the Rim Fire. The images show conifer regeneration in areas that maps shown to me by Dr. Chad Hanson were proposed for logging.

I swear under the penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2019 in Portland, Oregon.

*[signature]*

Howard "Trip" Jennings

No.: 3:19-cv-05792-LB – DECLARATION OF HOWARD "TRIP" JENNINGS - 2

Crag Law Center
*3141 E Burnside Street*
*Portland, Oregon 97214*
*Tel. 503-525-2725*