Meriel L. Darzen, Oregon State Bar (OSB) No. 113645
Email: meriel@crag.org
Ralph Bloemers, OSB No. 984172
Email: ralph@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725  Fax: (503) 296-5454
LEAD COUNSEL – *Pro Hac Vice*

*Attorneys for Plaintiffs Earth Island Institute, Greenpeace USA, and Sequoia Forestkeeper*

Daniel Galpern, OSB No. 061950
Law Offices of Daniel M. Galpern
2495 Hilyard St., Suite A
Eugene, Oregon 97405
Phone: (541)968-7164  Fax: (971)244-9035
Email: dan.galpern@gmail.com
*Pro HacVice*

*Attorney for Plaintiff James Hansen*

René P. Voss, California State Bar No. 255758
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone: (415) 446-9027  Fax: (267) 316-3414
Email: renepvoss@gmail.com
LOCAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al. <br><br> Plaintiffs, <br><br> v. <br><br> KIMBERLY NASH, et al., <br><br> Defendants. | No.: 3:19-cv-05792-LB <br><br> **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> *Ex Parte* Motion Pursuant to LR 65-1 |

# *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs now move for a Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65 and Local Rules 65-1, for the reasons stated in the accompanying memorandum, statement of undisputed facts, declarations and exhibits in support, as well as plaintiffs' forthcoming reply, and responses to any other motions by defendants.

Pursuant to Local Rule 65-1 plaintiffs' motion is accompanied by 1) a copy of the complaint; 2) a memorandum of points and authorities; 3) the proposed temporary restraining order and order to show cause; 4) the declarations of Meriel L. Darzen, Dr. Chad Hanson, Ara Maderosian, Maya Khosla, Dr. Pushker Kharecha, Tonja Chi, Amy Moas, Howard Jennings and Daniel Brindis, and the exhibits thereto filed in support of this motion.

Pursuant to Local Rule 65-1, plaintiffs request thirty minutes of oral argument on plaintiffs' motion, and requests that the hearing be conducted telephonically.

Plaintiffs' Proposed Order includes a waiver of a bond because plaintiffs are acting in the public interest to prevent environmental harm. *See People ex rel. Cal. v. Tahoe Reg'l Planning Agency*, 766 F.2d 1319, 1325 (9th Cir. 1985); *City of South Pasadena v. Slater*, 56 F.Supp. 2d 1106, 1148 (C.D. Cal. 1999) ("Courts routinely impose either no bond or a minimal bond in public interest environmental cases."); *Save Strawberry Canyon v. DOE*, 613 F.Supp.2d 1177, 1190 (N.D. Cal. 2009) (waiving Rule 65(c) bond in a NEPA case where "Plaintiff is a small non-profit organization and has indicated that it would have difficulty posting the bond."). See Declaration of Chad Hanson and Declaration of Amy Moas, providing that plaintiffs will have difficulty posting a bond.

The undersigned certify that the plaintiffs have filed this motion at the earliest possible time and have made a good faith effort through telephone and email conferences with defendants' counsel to resolve the dispute and avoid the need for preliminary relief. See Declaration of Meriel L. Darzen for specifics.

No.: 3:19-cv-05792-LB - MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 1

Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Tel. 503-525-2725

1  Plaintiffs request an immediate hearing to seek relief against defendants to halt any tree felling or tree removal to prevent irreparable injury until the Court can resolve plaintiffs' motion for preliminary injunction.

Respectfully submitted this 24th day of September, 2019.

*/s/ Meriel Darzen*
Meriel Darzen, *Pro Hac Vice*
Ralph Bloemers, *Pro Hac Vice*
Crag Law Center

*Attorneys for Plaintiffs*

No.: 3:19-cv-05792-LB - MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 2
Crag Law Center
*3141 E Burnside Street*
*Portland, Oregon 97214*
*Tel. 503-525-2725*