Meriel L. Darzen, Oregon State Bar (OSB) No. 113645
Email:  meriel@crag.org
Ralph Bloemers, OSB No. 984172
Email:  ralph@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725  Fax:  (503) 296-5454
LEAD COUNSEL – *Pro Hac Vice*

*Attorneys for Plaintiffs Earth Island Institute, Greenpeace USA, and Sequoia Forestkeeper*

Daniel Galpern, OSB No. 061950
Law Offices of Daniel M. Galpern
2495 Hilyard St., Suite A
Eugene, Oregon 97405
Phone: (541)968-7164  Fax: (971)244-9035
Email: dan.galpern@gmail.com
*Applicant Pro HacVice*

*Attorney for Plaintiff James Hansen*

René P. Voss, California State Bar No. 255758
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone: (415) 446-9027  Fax: (267) 316-3414
Email:  renepvoss@gmail.com
LOCAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY NASH, et al.**,**<br><br>Defendants. | No.: 3:19-cv-05792-LB<br><br>**NOTICE OF JOINDER IN MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1 | Please take notice that Plaintiff James Hansen joins in the Motion by Plaintiffs
2 | Earth Island Institute, Greenpeace, Inc., and Sequoia ForestKeeper for a temporary restraining
3 | order and preliminary injunction, ECF 26, for the reasons in ECF 27 and ECF 44.

Respectfully submitted this 2d day of October, 2019.

>   */s/ Daniel M. Galpern*
>   Daniel M. Galpern, *Pro Hac Vice*
>   *Attorney for Plaintiffs*